

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2015

No. 04-15-00175-CV

**TEXAS MUTUAL INSURANCE COMPANY**,
Appellant

v.

Andrew S. **MCGAHEY**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12185
Honorable Richard Garcia, Judge Presiding

# O R D E R

A supplemental clerk's record containing a final, appealable judgment has been filed. We **reinstate** the appeal on the docket of the court. Appellant's docketing statement states there is no reporter's record in this appeal. The record is therefore complete, and we **order** appellant's brief due **September 28, 2015**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court